```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 32607
  LILIA CABRAL
  JUAN CARLOS CABRAL                        CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
           Debtor
   SSN XXX-XX-6480    SSN XXX-XX-3966

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/26/08 .

    2.  The case was dismissed without confirmation, 12/05/2008.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------

        Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00         .00         .00            .00
PRINCIPAL PAID         .00          .00         .00         .00            .00
INTEREST PAID          .00          .00         .00         .00            .00
TOTAL PAID             .00          .00         .00         .00            .00
The Debtor's attorney, RICHARD E SEXNER            , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $          .00 .




     Dated: 03/13/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

PAGE  2
CASE NO. 08 B 32607 LILIA CABRAL & JUAN CARLOS CABRAL